IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JEFFREY E. BRINKLEY | § | |
| VS. | § | CIVIL ACTION NO. 5:16cv61 |
| S. YOUNG, WARDEN | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jeffrey E. Brinkley, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the above-styled petition be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge (Docket No. 4) filed pursuant to such referral, along with the record, pleadings and all available evidence. The Magistrate Judge recommended dismissing the petition because Petitioner does not challenge the fact or duration of confinement, which is the only available relief under habeas corpus, but instead seeks compensation for the loss of personal property. *Id.* at 2. Petitioner received a copy of the Report and Recommendation on August 2, 2016. Docket No. 6. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** and the petition is **DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So ORDERED and SIGNED this 7th day of November, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE